

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00856-CR

John Paul **SIERRA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1737C
Honorable Lorina I. Rummel, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed:  January 10, 2018

DISMISSED FOR LACK OF JURISDICTION

The trial court imposed sentence on John Paul Sierra on November 16, 2015, and Sierra did not file a motion for new trial. The deadline for filing a notice of appeal was therefore December 16, 2015. *See* TEX. R. APP. P. 26.2(a)(1). OR 26.2(a)(2). A notice of appeal was not filed until December 26, 2017.

Because the notice of appeal in this case was filed more than two years late, we lack jurisdiction to entertain the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (holding that if appeal is not timely perfected, court of appeals does not obtain jurisdiction

to address merits of appeal, and court may take no action other than to dismiss appeal; court may not suspend rules to alter time for perfecting appeal); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (explaining that writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure governs out-of-time appeals from felony convictions). Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH